NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ETHEL M. SMITH,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3127

---

Petition for review of the Merit Systems Protection Board in case no. DC0845100323-I-1.

---

## ON MOTION

---

## O R D E R

Ethel L. Smith moves for a 60-day extension of time to file her Fed. Cir. R. 15(c) statement concerning discrimination and to pay the filing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The fee, Rule 15(c) statement, and informal brief are due within 60 days of the date of filing of this order.

FOR THE COURT

**MAY 0 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Ethel M. Smith (Rule 15(c), in forma pauperis and informal brief forms enclosed)
    Jeanne E. Davidson, Esq.

s21

**·FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 0 9 2011**

**JAN HORBALY**
**CLERK**